UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

**FILED**

2007 OCT 29  P 3: 49

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

Richard W. Wieking
Clerk

www.cand.uscourts.gov

General Court Number
408.535.5363

October 18, 2007

**RECEIVED**

OCT 2 3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Clerk of Court
US District Court for Eastern California
2500 Tulare Street, Suite 1501
US Courthouse Building
Fresno, CA 93721-2201

Case Name:     **USA-v-Francisco Contreras**
Case Number:   **5-07-70597-RS  (Your Case# 07-07MJ239DLB)**
Charges:       **Conspiracy to Distribute Marijuana and Possess With Intent to Distribute Marijuana**

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:
  Original Rule 5 affidavit
  original minute orders
  certified copy of *AO 94, Commitment to Another District*
  Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _____Cita F. Escolano_____
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

1:07-mj-239-DLB .

Date: 10/23/07

CLERK, U.S. DISTRICT COURT

**M. VERDUZCO**
By _____
Deputy Clerk